ITURRONDO *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of San Juan, Section 1.

No. 89.—Decided April 5, 1911.

AGENCY—POWERS OF AGENT TO BORROW MONEY.—For the reasons set forth in the opinion rendered in the case of *Villar* v. *The Registrar of Property*, page —, *Held:* That the power to borrow money had not been expressly conferred on the agent in this case.

The facts are stated in the opinion.
*Mr. Francisco de la Torre* for appellant.
MR. JUSTICE DEL TORO delivered the opinion of the court.
José G. Iturrondo, acting as attorney in fact for Francisco

Iturrondo, and Eduardo Villar, as attorney in fact for Alejandro Villar, executed, in San Juan, on December 13, 1910, before Notary de la Torre, deed No. 162, relating to a loan secured by a mortgage, and presented the same for record in the registry of property. The registrar refused the admission of said deed to record for the reason stated in the following decision, from which this appeal has been taken:

"The foregoing document is denied admission to record for the reason that in the power of attorney, executed in favor of José G. Iturrondo, no authority is given the latter to borrow money. A cautionary notice for four months has been entered on folio 198 of volume 35 of this city, property No. 1470, entry letter A.. San Juan, January 18, 1911. The Registrar, José S. Belaval."

We have carefully examined the power of attorney executed by Francisco Iturrondo in favor of José G. Iturrondo, and no express commission is thereby conferred by the principal on his agent to borrow money.

Consequently, on the grounds set forth by this court in its opinion in the case of *Villar v. The Registrar of San Juan*, decided to-day, the appeal should be dismissed and the decision appealed from, affirmed.

*Affirmed.*

Chief Justice Hernández and Justice MacLeary concurred. Justices Wolf and Aldrey dissented.